```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KHALAIRE ALLAH,<br><br>            Plaintiff,<br><br>-against-<br><br>DAVID S. DINELLO, et al.,<br><br>            Defendants. | No. 23-CV-3286 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the joint letter filed by the parties in the above-captioned case regarding a briefing schedule for motions in limine. Defendants in the above-captioned case and in each of the cases listed below shall have until June 3, 2024, to file any motion in limine to preclude Rule 404(b) witnesses identified in Plaintiffs' Rule 26 Disclosures in the "Tranche I" and "Tranche II" cases. Plaintiff in the above-captioned case and Plaintiffs in the cases listed below shall have until June 17, 2024, to file an opposition. Defendants shall have until July 1, 2024, to file a reply.

The Clerk of the Court shall close docket entry number 118 in the above-captioned case. The Clerk of the Court shall also docket this order in each of the cases listed below and close each of the docket entries listed below.

- Alston v. Mueller, 23-cv-3290.
- Bernard v. Dinello, 23-cv-3323.

1

- Crichlow v. Dinello, 23-cv-3386.
- Diggs v. Dinello, 23-cv-7149.
- Dunbar v. Hammer, 23-cv-3391.
- Farrell v. Silver, 23-cv-9488:  close docket entry 16.
- Feola v. Mueller, 23-cv-3393.
- Frateschi v. Hammer, 23-cv-3394.
- Hale v. Mueller, 23-cv-3396.
- Jacks v. Mueller, 23-cv-3288.
- Jacobs v. Mueller, 23-cv-3606.
- Locenitt v. Dinello, 23-cv-3399.
- Lorandos v. Mueller, 23-cv-7369.
- Marcial v. Mueller, 23-cv-3455.
- Miller v. Hammer, 23-cv-3462.
- Oleman v. Hammer, 23-cv-3607.
- Ortiz v. Dinello, 23-cv-3547.
- Perez v. Dinello, 23-cv-3300.
- Pine v. Hammer, 23-cv-7148.
- Reyes v. Dinello, 23-cv-3315.
- Rhodes v. Hammer, 23-cv-9490.
- Rivera v. Hammer, 23-cv-3700.
- Rosado v. Mueller, 23-cv-3718.
- Van Guilder v. Mueller, 23-cv-3398.
- Wilkerson v. Hammer, 23-cv-3397.

- <u>Williams v. Dinello</u>, 23-cv-3608.

- <u>Windley v. Hammer</u>, 23-cv-7151.

**SO ORDERED.**

Dated:     May 21, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge