UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN FRATESCHI,

          Plaintiff,

-against-

SHEHAB ZAKI, et al.

          Defendants.

---

No. 23-CV-3394 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In response to the parties' request for trial dates in the above-captioned case and the two cases listed below (dkt. no. 119), the Court has calendared the following dates for trial:

1. March 23, 2026: Frateschi v. Zaki, 23-cv-3394
2. March 30, 2026: Jacks v. Wright, 23-cv-3288
3. April 6, 2026: Jacobs v. Ashong, 23-cv-3606

    The parties shall submit a proposed schedule for filing a joint pretrial order, motions in limine, oppositions to motion in limine, joint proposed jury instructions, and proposed voir dire questions in each of the three above-captioned cases no later than February 9, 2026.

The Clerk of the Court shall docket this order in the above-captioned action and in 23-cv-3288 and 23-cv-3606.

**SO ORDERED.**

Dated:      August 4, 2025
            New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge