UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN JACKS,

               Plaintiff,

-against-

SUSAN MUELLER, et al.,

               Defendants.

No. 23-CV-3288 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received Plaintiffs' letter motions requesting that Kirsten Peters be granted leave to withdraw her appearance as counsel of record for Plaintiffs and that her appearance be terminated in the above- and below-captioned cases. The motions to withdraw are GRANTED.

The Clerk of the Court shall docket this order in the above- and below-captioned cases and close the docket numbers listed below.

1.   23-cv-03288, Jacks v. Mueller et al., dkt. no. 149

2.   23-cv-03290, Alston v. Mueller et al., dkt. no. 150

3.   23-cv-03300, Perez v. Dinello et al., dkt. no. 166

4.   23-cv-03315, Batista-Cruz, as administratrix of the Estate of Roderick Reyes v. Dinello et al., dkt. no. 176

5.   23-cv-03386, Crichlow v. Dinello et al., dkt. no. 169

6.   23-cv-03393, Feola v. Mueller et al., dkt. no. 133

7.   23-cv-03396, Hale v. Mueller et al., dkt. no. 123

8.   23-cv-03397, Wilkerson v. Hammer et al., dkt. no. 183

9.   23-cv-03398, Van Guilder v. Mueller et al., dkt. no. 164

10.   23-cv-03399, Locenitt v. Dinello et al., dkt. no. 210

11.   23-cv-03462, Miller v. Hammer et al., dkt. no. 126

12.   23-cv-03606, Jacobs v. Mueller et al., dkt. no. 130

13.   23-cv-03607, Oleman v. Hammer et al., dkt. no. 145

14.   23-cv-03700, Rivera v. Hammer et al., dkt. no. 149

15.   23-cv-03718, Rosado v. Mueller et al., dkt. no. 184

16.   23-cv-05667, Rivera-Cruz v. Mueller et al., dkt. no. 64

17.   23-cv-07148, Pine v. Hammer et al., dkt no. 90

18.   23-cv-07149, Diggs v. Dinello et al., 105

19.   23-cv-07151, Windley v. Hammer et al., dkt. no. 105

20.   23-cv-07369, Lorandos v. Mueller et al., dkt. no.  95

21.   23-cv-09490, Rhodes v. Hammer et al., dkt. no. 66

22.   24-cv-06028, Lindemann v. Sullivan-Davachi et al., dkt.
no. 33

**SO ORDERED.**

Dated:     December 2, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

2