# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

January 28, 2026

**VIA ECF**

**Re:**   **Frateschi v. Hammer, et al., 23-cv-3394; Jacks v. Mueller, et al., 23-cv-3288; Jacobs v. Mueller, et al., 23-cv-3606**

Dear Judge Preska:

The three above-referenced Allen I related cases are scheduled for trial March 23, 2026 to April 11, 2026 before this Court.  In an effort to get settlement discussions flowing in the right direction, Counsel for the parties respectfully request the Court refer the cases to Chief Magistrate Judge Sarah Netburn for settlement purposes.

In light of same, Counsel also respectfully requests that the Court extend our deadline to file a pre-trial filing calendar until February 16, 2026.

We will, of course, keep the Court apprised of any progress the parties make on settlement.  We thank the Court for its courtesies in advance.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

```
Plaintiffs' deadline to file a pre-trial
filing calendar is extended until February
16, 2026.  The Clerk of the Court shall
close docket number 123 in 23-cv-3394,
docket number 152 in 23-cv-3288, and docket
number 133 in 23-cv-3606.  SO ORDERED.
```

_____
Loretta A. Preska, U.S.D.J.
February 4, 2026

*New York Office*          (973) 600-1724          aj@ajagnew.com          *New Jersey Office*
24 Fifth Avenue, Suite 1701                                                          36 Page Hill Road
New York, NY 10011                                                              Far Hills, NJ 07931