# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

February 16, 2026

**VIA ECF**

**Re:** **Frateschi v. Hammer, et al., 23-cv-3394; Jacks v. Mueller, et al., 23-cv-3288; Jacobs v. Mueller, et al., 23-cv-3606**

Dear Judge Preska:

Counsel for the parties in the above-referenced cases respectfully request that the Court order pre-trial submissions as follows:

Joint Pre-Trial Orders, proposed joint jury instructions, proposed voir dire, and *in limine* motions:                  **Monday, March 9, 2026**
Oppositions to *in limine* motions:       **Monday, March 16, 2026**
Replies to *in limine* motions:            **Thursday, March 19, 2026**

The parties have a settlement conference with Chief Magistrate Judge Sarah Netburn on Friday, February 27, 2026.  As always, we will endeavor to settle these cases in good faith and apprise the Court of any settlements promptly.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

**SO ORDERED.** The clerk of the court shall close docket numbers 156 and 157 in 23-cv-3288, 128 and 129 in 23-cv-3394, and 139 and 140 in 23-cv-3606.

_____
Loretta A. Preska, U.S.D.J.
February 17, 2026

---